FILED 07 JUN '11 14:13 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, )<br>)<br>) | |
| Plaintiff, ) | Civil No. 10-161-JO (LEAD CASE) |
| ) | |
| v. ) | ORDER |
| ) | |
| PIEDMONT CARE, LLC, an Oregon corporation; ET AL., )<br>)<br>) | |
| Defendants. ) | |

JONES, Judge:

The parties' stipulated motion (#27) for voluntary dismissal is granted as follows:

This consolidated action is dismissed with prejudice, with no award of attorney fees, costs or prevailing party fees to any party. Any pending motions are denied as moot.

DATED this 7th day of June, 2011.

_____
ROBERT E. JONES
U.S. District Judge